**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: January 22, 2018**



C. Kathryn Preston
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### Southern District of Ohio
### Eastern Division

| | |
|---|---|
| **In the Matter of**: | |
| | Case No. 2:17-bk-56684 |
| Samuel Owusu Sarkodee | |
| | Chapter 7 |
| | |
| **Debtor(s)** | Judge C. Kathryn Preston |

### ORDER EXTENDING TIME FOR ISSUING OF DEBTOR'S DISCHARGE (DOC. 13 )

This matter came before the Court on Debtor's Motion to Further Extend Time for Issuing Discharge (Doc. 13 , filed on 01/18/2018). Debtor's Motion was not required to contain a Notice of Right to Respond. The Court, being fully advised in the premises, finds Debtor's Motion to be well taken. Therefore it is hereby ORDERED, ADJUDGED AND DECREED that the issuance of Debtor's discharge shall be delayed until after April 20, 2018 to allow for the filing of a reaffirmation agreement with Caliber Home Loans, Inc.

IT IS SO ORDERED.

Approved:

MINA NAMI KHORRAMI, LLC

/s/ Mina N. Khorrami_____
Mina N. Khorrami  (0058350)
115 West Main Street, Suite LL-50
Columbus, OH  43215
614-857-9590/phone
614-304-0102/fax
mnkecf@mnk-law.com
Attorney for Debtor

copies to:

Default List plus additional parties

Caliber Home Loans, In
Po Box 24610
Oklahoma City, OK  73124

Jason Wright
Weltman, Weinberg & Reis
965 Keynote Cir
Brooklyn Heights, OH 44131

###